UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------ x

CEDRIC BISHOP, ON BEHALF OF HIMSELF
AND ALL OTHER PERSONS SIMILARLY
SITUATED,

        Plaintiffs,

        v.

ASSUMPTION UNIVERSITY,

        Defendant.

------------------------------------ x

No.: 1:23-cv-5857

**NOTICE OF VOLUNTARY DISMISSAL**

    Plaintiff(s), CEDRIC BISHOP, in accordance with Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, hereby dismisses the above entitled action against Defendant, ASSUMPTION UNIVERSITY, with prejudice and without fees and costs.

Dated: New York, New York
       January 31, 2024

                                                  **GOTTLIEB & ASSOCIATES PLLC**

                                                          */s/Michael A. LaBollita, Esq.*

                                        Michael A. LaBollita, Esq., (ML-9985)
                                                        150 East 18th Street, Suite PHR
                                                                   New York, NY 10003
                                                                        Phone: (212) 228-9795
                                                                           Fax: (212) 982-6284
                                                                         Michael@Gottlieb.legal

                                                                          *Attorneys for Plaintiffs*

SO ORDERED:

_____
United States District Court Judge